**The Amin Law Group, Ltd.**
2211 Michelson Drive, Suite 1270
Irvine, CA 92612
Phone: (949) 502-7715 / Fax: (949) 266-8406

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WESTERN THRIFT & LOAN, | ) |
|     Plaintiffs, | ) **Case No. 2:10-cv-03948-JAK –PLA** |
| vs. | ) **JUDGMENT** |
| HOMEOWNERS LENDING CORPORATION, INC., *et. al.*, | ) |
|     Defendants. | ) |

///

///

///

///

This action came on regularly for trial by brief on May 11, 2012, of the above-entitled Court, the Honorable John A. Kronstadt, Judge presiding.

Plaintiff Western Thrift & Loan ("WT&L") appeared by their counsel, Mark E. Trafton.  Defendant Gerald Sandler ("Sandler") appeared by their counsel, Ismail Amin of The Amin Law Group, Ltd and Homeowners Lending Corporation, Inc. ("HLC") appeared by their counsel Sebastian Rucci.

The case was tried to the Court on May 11, 2012.  The parties relied on written testimony they submitted to the Court in their trial briefs and presented no oral testimony.  After considering the evidence presented, the arguments of counsel, and the parties' trial briefs the Court took the matter under submission.  The Court deliberated and thereafter returned with the findings of fact and conclusions of law pursuant to Federal Rules of Civil Procedure 52 on September 14, 2012.

**NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED AS FOLLOWS:**

1. Sandler shall not be held personally liable for any of the obligations of HLC under the Service Agreements with WT&L.

2. Sandler shall not be held liable for any expenses incurred pursuant to the Service Agreements with WT&L.

3. WT&L is not entitled to declaratory relief that Sandler is liable under the Service Agreements.

4. WT&L is not entitled to injunctive relief requiring Sandler to compensate or indemnify WT&L under the Service Agreements.

5. The Court finds for Defendant Gerald Sandler as to all of WT&L's claims against him including breach of agreements, specific performance – indemnity, breach of the implied covenant of good faith and fair dealing, breach of the duty of good faith and fair dealing, declaratory relief, and quia timet/injunctive relief.

**IT IS SO ORDERED.**

Dated: October 2, 2012

_____
HON. JOHN A. KRONSTADT
United States District Judge

**APPROVED AS TO FORM**:

Dated this 24th day of September, 2012        **THE AMIN LAW GROUP, LTD.**

By: \_\_\_\_\_*/s/Ismail Amin*_____
    Ismail Amin, Esq.
    **The Amin Law Group, Ltd.**
    *Attorneys for Defendant Gerald Sandler*

Dated this 24th day of September, 2012        **TRAFTON & CHATLIN, LTD.**

By: \_\_\_\_\_*/s/Mark Trafton*_____
    Mark E. Trafton, Esq.
    **Trafton & Chatlin, LTD.**
    *Attorneys for Plaintiff*

3

**JUDGMENT**